# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIKE LANGLEY,<br><br>    Plaintiff<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br><br>    Defendants | Case No.: 2:25-cv-00353-APG-MDC<br><br>**Order Denying Motions to Dismiss**<br><br>[ECF Nos. 17, 24] |

In light of the first amended complaint (ECF No. 67),

I ORDER that the motions to dismiss filed by defendant Las Vegas Metropolitan Police Department and defendant Transportation Security Administration **(ECF Nos. 17, 24) are DENIED** as moot because they are directed at an earlier version of the complaint.

DATED this 8th day of September, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE