# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIKE LANGLEY, | Case No.: 2:25-cv-00353-APG-BNW |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 20, 33, 40, 53, 54] |
| TRANSPORTATION SECURITY ADMINISTRATION, et al., | |
| Defendants | |

In light of the first amended complaint (ECF No. 67),

I ORDER that the following motions are **DENIED as moot**:

Defendant Harry Reid International Airport's motion to dismiss (ECF No. 20);

Plaintiff Mike Langley's motion to defer ruling (ECF No. 33);

Plaintiff Mike Langley's motion for judicial review (ECF No. 40);

Plaintiff Mike Langley's motion for leave to supplement (ECF No. 53);

Plaintiff Mike Langley's motion for leave to supplement (ECF No. 54).

DATED this 23rd day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE