**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIKE LANGLEY, | Case No.    2:25-cv-00353-APG-BNW |
| Plaintiffs, | |
| vs. | **ORDER GRANTING**<br>**SUBSTITUTION OF COUNSEL** |
| TRANSPORTATION SECURITY ADMINISTRATION (TSA), LAS VEGAS METROPOLITAN POLICE DEPARTMENT (LVMPD), HARRY REID INTERNATIONAL AIRPORT, [MANUFACTURERS AND OPERATORS OF SECURITY SCANNING MACHINES] | |
| Defendants. | |

Defendant Las Vegas Metropolitan Police Department (LVMPD) ("Defendant") substitutes the law firm of Hutchison & Steffen, PLLC as their attorneys of records in place and stead of the law firm of Lewis Brisbois Bisgaard & Smith LLP.

Dated this 9th day of July, 2026.


By:    */s/Matthew Christian*
   Assistant General Counsel

   On behalf of Defendant

The law firm of Lewis Brisbois Bisgaard & Smith LLP agrees and consents to the substitution of the law firm of Hutchison & Steffen, PLLC as the attorneys of record for Defendant.

Dated this 9th day of July, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/Robert W. Freeman
Robert W. Freeman (3062)
E. Matthew Freeman (14198)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV  89118

The law firm of Hutchison & Steffen, PLLC accepts substitution as attorneys for Defendant in this matter.

Dated this 9th day of July, 2026.

**HUTCHISON & STEFFEN, PLLC**

/s/Christopher J. Lalli
Christopher J. Lalli (5398)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department (LVMPD)*

**ORDER**

IT IS SO ORDERED.

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: July 13, 2026